UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
AUG 0 8 2005


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 05-M46 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE |
| SERGIO QUIJANO, JR., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Friday, August 5, 2005. Defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The government appeared by Assistant United States Attorney John Haak.

Based upon the testimony of DEA Special Agent Gary Harvison, the court finds probable cause to believe that Defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 8th day of August, 2005.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By_____, Deputy

(SEAL)